UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

JOSE QUEZADA, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

PROXIMO SPIRITS, INC.,

                Defendant.

------------------------------------------------------x

Case No.: 1:22-cv-04534-JPC

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Jose Quezada hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Proximo Spirits, Inc.

DATED:  September 22, 2022

**MIZRAHI KROUB LLP**

        /s/ Edward Y. Kroub
        EDWARD Y. KROUB

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

The Court construes this filing as a stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i), which allows a plaintiff to dismiss an action without a court order. *See* Fed. R. Civ. P. 41(a)(1)(B) (permitting notice of dismissal with prejudice).  Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

September 23, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge